**ALVIN K. HELLERSTEIN**
**UNITED STATES DISTRICT JUDGE**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**500 PEARL STREET**
**NEW YORK, NY 10007-1581**
**(212) 805-0152**

TO: Concerned Parties

FROM: Brigitte Jones, Courtroom Deputy       Date: 3/16/2020
by Order of Judge Alvin K. Hellerstein

Calvin Powell v. United States of America, US Drug Enforcement Agency ("DEA"), et al. - 19 Civ. 11351 (AKH)

The pre-trial conf. previously set for 3/20/2020 is hereby adjourned.

You are hereby notified that you are required to appear for pre-trial conf.

Date: ~~March 31, 2020~~ apr. 124, 2020

Time: ~~11:00 am~~ 10:00 am

Place: U.S. Courthouse - Southern District of New York
500 Pearl Street
Courtroom 14D
New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to **all counsel** involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,
*[signature]*
3-16-2020