

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

```
┌─────────────────────────────────┐
│    C SDNY                        │
│  DOCUMENT                        │
│  ELECTRONICALLY  FILED           │
│  DOC #:_____          │
│  DATE FILED: 3/18/2020           │
└─────────────────────────────────┘
```

*86 Chambers Street*
*New York, NY 10007*

March 17, 2020

So ordered.

M. K. Hellerstein

3-18-20

BY ECF
Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     *Powell v. U.S., et al.*, No. 19 Civ. 11351 (AKH)

Dear Judge Hellerstein:

This Office represents the United States in the above-referenced action. The United States' deadline to respond to the Complaint is March 19, 2020, and an initial pre-trial conference is scheduled for April 24, 2020 at 10:00 a.m.

With Plaintiff's consent, I write to respectfully request that the United States be granted an extension of time to respond to the Complaint until May 9, 2020. The extension is sought to allow the Government additional time to obtain and review records that are necessary for the preparation of a response to the complaint. In addition, Defendant Santos and Defendant Fogarty have submitted requests for Department of Justice representation pursuant to 28 C.F.R. § 50.15, and those requests are currently under review.

In addition, the Government respectfully requests that the initial conference be adjourned from April 24, 2020 to a date and time after the Government's deadline to respond to the Complaint. This would permit the Government to file its response to the Complaint (and Plaintiff to review it) before the parties confer in advance of the conference regarding the topics outlined in the Court's template case management plan. This is the second request for an extension of the Government's time to respond to the Complaint, and the first request for an adjournment of the initial pre-trial conference. Counsel for Plaintiff and the Defendant City of New York have consented to the requests.

I thank the Court for its consideration of this request.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By:

Jennifer C. Simon
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2746
Email: Jennifer.Simon@usdoj.gov