

May 6, 2020

**BY ECF**

> *So ordered. Santos's time to respond to the complaint is extended until May 22, 2020 and the status conference previously set for May 22, 2020 is canceled. The briefing schedule for the anticipated motion to dismiss outlined in this letter is so ordered. The Clerk shall close both this letter motion and ECF No. 36.*
>
> */s/ Alvin K. Hellerstein*
> *5-6-2020*

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 14D
New York, New York 10007-1312

      Re:    *Powell v. U.S.A., et al.*, No. 19 Civ. 11351 (AKH)

Dear Judge Hellerstein,

We represent defendant Detective Johanna Santos in the above-referenced matter. We write respectfully to request that Ms. Santos' time to respond to the complaint be extended to May 22, 2020, and that the initial pre-trial conference currently scheduled for May 22 be adjourned. The original deadline was April 6, 2020, and this is our second request for an extension. The first application, which requested on consent that the deadline be extended to May 9, was filed on April 3. *See* Dkt. #36. The Court has not ruled on that request. Plaintiff's counsel also consents to this second request.

The reason for this second request is that defendant Santos intends to make a motion to dismiss the complaint against her. Plaintiff's counsel has agreed to the following briefing schedule, which we jointly request the Court "so order":

May 22, 2020: Moving Brief
June 19, 2020: Opposition Brief
July 10, 2020: Reply Brief

The initial pre-trial conference is currently scheduled for May 22. All parties consent to adjourning the pre-trial conference during the pendency of the motion practice.

Thank you for your consideration of these requests.

Respectfully,

*Silvia L. Serpe*
Silvia L. Serpe

cc: Attorneys of Record (ECF)