```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENEE BRYANT,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY
OF THE UNITED STATES,

                Defendant.

1:20-cv-06933 (MKV)

ORDER OF REFERENCE TO A
MAGISTRATE JUDGE

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:
_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_ Settlement

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g. dispositive motion, preliminary injunction)
Purpose: _____

\_\_\_ Habeas Corpus

_X_ Social Security

\_\_\_ Dispositive Motion (i.e. motion requiring Report and Recommendation)
Particular Motion: _____
_____

    All such motions: \_\_\_\_

SO ORDERED:

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

DATED: April 6, 2021
         New York, New York