UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
CALVIN POWELL,

                              Plaintiff,

   -against-

UNITED STATES OF AMERICA, et al.,

                            Defendants.
---------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

19 Civ. 11351 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On February 25, 2022, I granted Plaintiff's request to extend discovery deadlines 60 days after I issue a decision on defendant's Maher's and Tamweber's motions to dismiss. ECF No. 155. Consistent with that order, the status conference scheduled for March 18, 2022 is adjourned, *sine die*.

       Following my decision on the motion to dismiss, the parties shall file a proposed amended Case Management Plain reflecting the 60-day extension of discovery, with corresponding extensions for other remaining discovery deadlines, within one week of the decision being issued.

       SO ORDERED.

Dated:    March 16, 2022                   __/s/ Alvin K. Hellerstein____
            New York, New York          ALVIN K. HELLERSTEIN
                                                     United States District Judge