**BELDOCK LEVINE & HOFFMAN LLP**
99 PARK AVENUE, PH/26TH FLOOR
NEW YORK, N.Y. 10016

JONATHAN MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
CYNTHIA ROLLINGS
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
MARJORY D. FIELDS
EMILY JANE GOODMAN
  (JUSTICE NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF:

WRITER'S DIRECT CONTACT:

April 8, 2022

**VIA ECF**
Hon. Alvin K. Hellerstein
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

> The request is granted. The oral argument scheduled for May 4, 2022 is adjourned to May 25, 2022 at 11:30 a.m. and will take place in Courtroom 14D, 500 Pearl Street, New York, NY.
> /s/ Alvin K. Hellerstein
> April 11, 2022

Re: Calvin Powell v. United States of America, et al.
    Case No. 19-CV-11351 (AKH)

Your Honor:

This firm represents Plaintiff in this civil rights matter. I write to respectfully request that the oral argument for the pending motions to dismiss, currently scheduled for May 4, 2022 [Dkt. No. 162] be adjourned to a subsequent date. The reason for this request is that Plaintiff's counsel will be out of the country on May 4, 2022, for a trip that was booked months ago. Plaintiff's counsel has conferred with all parties and respectfully proposes that the argument be adjourned to a time convenient to the Court on May 25, 2022. Counsel for Defendants consent to Plaintiff's request.

Plaintiff thanks the Court for its attention to this matter.

Respectfully submitted,

/s/ Marc A. Cannan
Marc A. Cannan
*Attorney for Plaintiff*
*Calvin Powell*

**cc:** **Via ECF**
AUSAs Dominika Tarczynska and Carly Weinreb, *Attorney for Defendant United States of America;*
Andrew Quinn, Esq., Matthew Schieffer, Esq. Steven Bushnell, Esq., Mary Kate Aquisto, Esq., *Attorneys for Defendant Sean Fogarty;*

BELDOCK LEVINE & HOFFMAN LLP

Hon. Alvin K. Hellerstein
April 8, 2022
Page 2

>Silvia Serpe, Esq., Kimberly Friedman, Esq., *Attorney for Defendant Johanna Santos*;
>Zachary Kalmbach, Esq., *Attorney for Defendant City of New York, John Doherty and Paul McMahon.*
>Lawrence Berger, Esq., *Attorney for Defendant Edward Maher;*
>Christopher Keevan, Esq. and James P. Garay Heelan, Esq., *Attorneys for Defendant Joseph Tamweber*