UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CALVIN POWELL,

               Plaintiff,

               -against-

UNITED STATES OF AMERICA, et al.,

               Defendants.

------------------------------------------------------------x

19-CV-11351 (AKH) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Pre-Settlement Conference Call on December 8, 2022.

The parties are directed to meet and confer and file a joint letter by December 16, 2022, proposing dates and times for separate pre-settlement conference calls with the Court during the week of December 19, 2022, and in January 2023.

**SO ORDERED.**

                                                                     _s/ Ona T. Wang_

Dated: December 8, 2022                         **Ona T. Wang**
       New York, New York             United States Magistrate Judge