

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

ZACHARY KALMBACH
phone: (212) 356-2322
fax: (212) 356-3509
zkalmbac@law.nyc.gov

January 27, 2023

<u>Via ECF</u>
Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 1007

**MEMO ENDORSED.**

      Re:    <u>Calvin Powell v. USA, et al.</u>,
               19 Civ. 11351 (AKH)

Your Honor:

      I represent defendants the City of New York, John Doherty, and Paul McMahon (the "City Defendants") in the above-referenced matter. The City Defendants write to respectfully request that the Court adjourn the pre-settlement conference scheduling call currently scheduled for February 16, 2023, at 12:00 p.m., to a later date convenient for the Court. This is the City Defendants' first such request. Counsel for the United States consents to this request.

      By way of background, on January 24, 2023, the Court held a pre-settlement conference scheduling call with counsel for the defendants. After the call, the Court issued an Order scheduling another pre-settlement conference scheduling call with counsel for the City Defendants and the United States for February 16, 2023, at 12:00 p.m. (ECF No. 202).

      Unfortunately, I am unable to attend the pre-settlement conference call on February 16, 2023, as I will be out of the country February 16-20, 2023. As such, the City Defendants respectfully request that the Court reschedule the call to an earlier or later date convenient for the Court. For the Court's convenience, counsel for the United States and I are available before 3:00 p.m. on February 21, 2023, and between 12:00 p.m. and 3:00 p.m. on February 23, 2023.

Thank you for your time and consideration.

Respectfully submitted,

/s/ *Zachary Kalmbach*
Zachary Kalmbach
*Assistant Corporation Counsel*

CC: **Via ECF**
All counsel of record

Application **GRANTED**.

In order to accommodate City Counsel's schedule, the Pre-Settlement Conference Call scheduled for February 16, 2023 is adjourned. The Court will hold a Pre-Settlement Conference Call on **Wednesday, February 15, 2023 at 4:00 p.m.** with counsel for the Government and defendant City of New York. The dial in information is (866) 390-1828, access code 1582687.

**SO ORDERED.**

_____
Ona T. Wang        1/30/23
U.S.M.J.