UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
CALVIN POWELL,

          Plaintiff,

       -against-

UNITED STATES OF AMERICA, et al.,

          Defendants.
------------------------------------------------------------x

19-CV-11351 (AKH) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

Counsel for the Government and defendant City of New York are directed to file a settlement status letter by **March 10, 2023**, proposing dates in April 2023 for another Organizational Defendants-only Pre-Settlement Conference Call with the Court.

**SO ORDERED.**

Dated: February 15, 2023
      New York, New York

          _s/ Ona T. Wang_
          **Ona T. Wang**
          United States Magistrate Judge