UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CALVIN POWELL,

    Plaintiff,

-against-

UNITED STATES OF AMERICA, et al.,

    Defendants.

---

19-CV-11351 (AKH) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

Counsel for Plaintiff, the Government, and the City of New York are directed to meet and confer and propose dates for a joint Pre-Settlement Conference Call with the Court in June. Counsel for individual Defendants shall not be included on the Call.

**SO ORDERED.**

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge

Dated: May 23, 2023
    New York, New York